# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

STOREY CONSTRUCTION CO., INC.

Plaintiff

-v-

M&I MARBLE WORKS
d/b/a MARBLE SOLUTIONS

Defendant.

Case No. _____

**Rule 7.1 Statement**



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__STOREY CONSTRUCTION CO., INC.__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: __January 30, 2008__

Signature of Attorney

Attorney Bar Code: _DK7196_

Form Rule7_1.pdf  SDNY Web 10/2007