```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
STOREY CONSTRUCTION CO., INC.

        Plaintiff,

vs.

M&I MARBLE WORKS LTD., d/b/a
MARBLE SOLUTIONS,

        Defendant.
----------------------------------------------------------x

Stipulation

08 Civ. 976 (GBD)

**SO ORDERED**

*/s/ George B. Daniels*

**HON. GEORGE B. DANIELS**
MAR 0 4 2008

    It is hereby stipulated by and between the undersigned that defendant's time to answer or otherwise move with respect to the complaint herein be and is hereby extended until March 20, 2008.

Dated: February 27, 2008

Solomon and Siris, PC
By: /s/ _____
Michael J. Siris (MS1715)
Attorneys for Defendant
50 Charles Lindbergh Blvd.
Uniondale, NY 11553
516 228 9350

McDonough, Marcus, Cohn,
Tretter, Heller & Kanca, LLP
By: /s/ _____
Diane Kanca (DK7196)
Attorneys for Plaintiff
145 Huguenot Street
New Rochelle, NY 10801
914 632 4700

Storey v M and I, 4765\legal\stipualtion         1