UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STOREY CONSTRUCTION CO., INC.,

      Plaintiff,        08 Civ. 00976 (GBD)

  -against-           **MOTION TO ADMIT**
                **COUNSEL *PRO HAC VICE***

M&I MARBLE WORKS LTD., d/b/a
MARBLE SOLUTIONS,

      Defendant.
------------------------------------------------------X

  Pursuant to Rule 1.3(c)f the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Diane K. Kanca, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    R. Miles Stanislaw, Esq.
    Stanislaw Ashbaugh
    Columbia Center
    701 Fifth Avenue, Suite 4400
    Seattle, Washington  98104
    Telephone: (206) 386-5900, Fax: (206) 344-7400

R. Miles Stanislaw is a member in good standing of the Bar of the State of Washington.

There are no pending disciplinary proceedings against R. Miles Stanislaw in any State or Federal Court.

Dated: Westchester, New York
    March 17, 2008

                   Respectfully submitted,

                   McDonough Marcus Cohn Tretter
                    Heller & Kanca, LLP

                   By: _____
                     Diane K. Kanca (DK 7196)
                   Attorneys for Plaintiff
                   145 Huguenot Street
                   New Rochelle, New York  10801
                   (914) 632-4700

To: Michael J. Siris, Esq.
   Solomon & Siris, P.C.
   50 Charles Lindbergh Boulevard, Suite 505A
   Uniondale, New York  11553
   (516) 228-9350

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STOREY CONSTRUCTION CO., INC.,

                Plaintiff,                         08 Civ. 00976 (GBD)

    -against-                             **AFFIDAVIT OF DIANE K. KANCA**
                                                **IN SUPPORT OF MOTION TO**
M&I MARBLE WORKS LTD., d/b/a       **ADMIT COUNSEL *PRO HAC VICE***
MARBLE SOLUTIONS,

                Defendant.
------------------------------------------------------X

STATE OF NEW YORK      )
                               ) ss:
COUNTY OF WESTCHESTER )

      DIANE K. KANCA, being duly sworn, hereby deposes and says as follows:

      1.     I am counsel for Plaintiff STOREY CONSTRUCTION CO.. INC., in the above-captioned action. I am familiar with the proceedings in this case. I submit this affidavit based on my knowledge of the facts and in support of the Motion to Admit R. Miles Stanislaw as counsel *pro hac vice* to represent Plaintiff Storey Construction Co., Inc. in this case.

      2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1983. I also was admitted to the bar of the United States District Court for the Southern District of New York in 1984, and am in good standing with this Court, as well.

      3.     Mr. Stanislaw is an attorney with Stanislaw Ashbaugh, LLP in Seattle, Washington.

      4.     Mr. Stanislaw was previously admitted pro hac vice in this Court in 2004, and

tried a case here in 2005. I have found Mr. Stanislaw to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I attach as Exhibit A a copy of Mr. Stanislaw's Certificate of Good Standing for the State of Washington.

5. Accordingly, I am pleased to move the admission of R. Miles Stanislaw, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of R. Miles Stanislaw, *pro hac vice*, which is attached as Exhibit B, and have enclosed the appropriate fee of $25.00.

**WHEREFORE,** I respectfully request that the motion to admit R. Miles Stanislaw, *pro hac vice*, to represent Plaintiff Storey Construction Co., Inc. in the above-captioned matter, be granted.

_____
Diane K. Kanca (DK7196)

McDonough Marcus Cohn Tretter
Heller & Kanca, LLP
145 Huguenot Street
New Rochelle, New York 10801
(914) 632-4700

Sworn to before me this
17th day of March, 2008

_____
Notary Public

JEFFREY S. PESKE
Notary Public, State of New York
No. 02PE6104075
Qualified in Westchester County
Commission Expires Jan. 12, 20 /_

2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 529 |
| OF | ) | **CERTIFICATE OF GOOD** |
| RICHARD MILES STAINISLAW | ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

RICHARD MILES STAINISLAW

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on September 22, 1967, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 3rd day of March, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
STOREY CONSTRUCTION INC.,

                Plaintiff,

   -against-

M&I MARBLE WORKS LTD., d/b/a
MARBLE SOLUTIONS,

               Defendant.
-------------------------------------------------X

08 Civ. 00976 (GBD)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

    Upon the motion of Diane K. Kanca, attorney for plaintiff Storey Construction, Co., Inc and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

        R. Miles Stanislaw, Esq.
        Stanislaw Ashbaugh
        Columbia Center
        701 Fifth Avenue, Suite 4400
        Seattle, Washington 98104
        Telephone: (206) 386-5900, Fax: (206) 344-7400

is admitted to practice *pro hac vice* as counsel for plaintiff Storey Construction Co., Inc. in the above captioned case in the United States District Court for the Southern Distrrict of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March 17, 2008

                                                                    By: _____
                                                                      George B. Daniels
                                                                  United States District Judge

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        )ss.:

   **JYL NELSON WALTERS**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Mahwah, New Jersey 07430. That on the 17th day of March 2007, deponent served the within **MOTION AND PROPOSED ORDER** via First Class Mail upon:

    Michael J. Siris, Esq.
    Solomon & Siris, P.C.
    50 Charles Lindbergh Boulevard, Suite 505A
    Uniondale, New York  11553
    (516) 228-9350

by depositing a true copy of same enclosed in a postpaid properly addresses wrapper in an official depository box under the exclusive care and custody of the United States Post Office Department within the State of New York.

                       _____
                        JYL NELSON WALTERS

Sworn to before me this
17th day of March 2007

_____
Notary Public

  JEFFREY S. PESKE
 Notary Public, State of New York
   No. 02PE6104075
 Qualified in Westchester County
 Commission Expires Jan. 12, 20 08