UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STOREY CONSTRUCTION INC.,

              Plaintiff,

    -against-

M&I MARBLE WORKS LTD., d/b/a
MARBLE SOLUTIONS,

              Defendant.
-------------------------------------------------------X



08 Civ. 00976 (GBD)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

    Upon the motion of Diane K. Kanca, attorney for plaintiff Storey Construction, Co., Inc and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

        R. Miles Stanislaw, Esq.
        Stanislaw Ashbaugh
        Columbia Center
        701 Fifth Avenue, Suite 4400
        Seattle, Washington 98104
        Telephone: (206) 386-5900. Fax: (206) 344-7400

    is admitted to practice *pro hac vice* as counsel for plaintiff Storey Construction Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March 17, 2008

By: *George B. Daniels*
     George B. Daniels
**HON. GEORGE B. DANIELS** U.S.D.J.