CORPORATION SERVICE COMPANY

433890

AFFIDAVIT OF SERVICE

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                          INDEX#08 CV 00976

----------------------------------------------------------------

STOREY CONSTRUCTION CO., INC.,           PLAINTIFF

VS.

M & I MARBLE WORKS LTD.,                 DEFENDANT



----------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                ss:

Minard Carkner being duly sworn, deposes and says that he is
over the age of eighteen (18) years; That on the sixth
day of February, 2008 at 2:30 pm he served the annexed Summons
In A Civil Action Index #08 CV 00976, filed 1/30/08, endorsed
thereto on M & I MARBLE WORKS LTD.
the defendant in this action, by delivering to and leaving with
Carol Vogt an employee of the Office of the Secretary of
the State of New York in the City of Albany, New York, two
(2) copies thereof, and at the time of making said service,
deponent paid the said Secretary of State of New York a fee of
$40.00. That said service was made pursuant to Section 306
of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

_____
Minard Carkner

Sworn to before me this
eleventh day of February, 2008.

_____
Johanna Burkhartt, Notary Public
knv

JOHANNA A. BURKHARTT
NOTARY PUBLIC
ID# 01BU6150209
Commission Expires
July 24, 2010
ALBANY COUNTY, NEW YORK