# SOLOMON & SIRIS, P.C.

ATTORNEYS AT LAW

50 CHARLES LINDBERGH BLVD., STE. 505A

UNIONDALE, NY 11553

(516) 228-9350

FAX (516) 228-4305

STUART SIRIS
BILL TSEVIS

LEWIS J. SOLOMON (RETIRED)
OF COUNSEL
MICHAEL J. SIRIS

April 23, 2008

**Via ECF and Regular Mail**
The Honorable George B. Daniels
U.S. District Court Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: Storey v. M & I Marble, 08 Civ. 976 (GBD)
Our File No.: 4765

Dear Judge Daniels:

As required, enclosed herewith is an executed case management plan.

As indicated in my April 21, 2008 letter, I am respectfully requesting a stay of disclosure pending the disposition of my client's motion to dismiss based on lack of subject matter jurisdiction. Should your Honor decide to grant such a stay, then I would request that the various dates in the plan be pushed back accordingly.

Thank you for your consideration.

Respectfully Submitted,

MICHAEL J. SIRIS

MJS/cm
cc: Diane Kanca, Esq. (via e-mail)
    Miles Stanislaw, Esq. (via e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Storey Construction Co., Inc.,

       Plaintiff,     08cv976(GBD)

 -against-         CIVIL CASE MANAGEMENT
               PLAN AND SCHEDULING ORDER
M&I Marble Works LTD doing business
as Marble Solutions,

       Defendant,
----------------------------------------------------------X

  After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No **additional parties** may be joined after **July 3, 2008**.

2. No **amendment** to the pleadings will be permitted after **July 3, 2008**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **August 7, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to served by **November 6, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on December 4, 2008 at 9:30 a.m..

6. The **Joint Pretrial Order** shall be filed no later than **November 13, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All **motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after **December 11, 2008**. The estimated trial time is _____2_____ days, and this is a (jury) (non-jury) trial.

9. The Next Case Management Conference will be held on **September 4, 2008** at 9:30 a.m..

Dated: February 4, 2008
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

_____
Attorney for Plaintiff

Solomon + Siris
Attorney for Defendant

60 CHARLES LINDBERGH
UNIONDALE, N.Y. 11553
516-228-9350

(THE UNDERSIGNED IS REQUESTING A STAY OF DISCLOSURE PENDING DISPOSITION OF MOTION TO DISMISS