UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STOREY CONSTRUCTION INC.,

                Plaintiff,                      08 Civ. 00976 (GBD)

  -against-                         **NOTICE OF VOLUNTARY**
                                                **DISMISSAL**

M&I MARBLE WORKS LTD., d/b/a
MARBLE SOLUTIONS,

                Defendant.
-------------------------------------------------------X

        PLEASE TAKE NOTICE, that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure.

Dated: Westchester, New York
        May 8, 2008

                                                Respectfully Submitted,

                                                McDonough Marcus Cohn Tretter
                                                Heller & Kanca, LLP

                                                By: _____
                                                   Diane K. Kanca (DK7196)

                                                Attorneys for Plaintiff
                                                Storey Construction Co. Inc.
                                                145 Huguenot Street
                                                New Rochelle, New York  10801
                                                (914) 632-4700
                                                Fax (914) 632-3329
                                                DianeKanca@aol.com

To:
    Michael J. Siris
    Solomon & Siris, PC
    50 Charles Lindbergh Blvd.
    Suite 505A
    Uniondale, NY 11553
    (515) 228-9350
    Fax (515) 228-4305

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        )ss.:

   **PILAR ORTIZ**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York  That on the 8th day of May 2008, deponent served the within **NOTICE OF VOLUNTARY DISMISSAL** via First Class Mail upon:

    Michael J. Siris
    Solomon & Siris, PC
    50 Charles Lindbergh Blvd.
    Suite 505A
    Uniondale, NY 11553
    (515) 228-9350

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository box under the exclusive care and custody of the United States Post Office Department within the State of New York.

                   **PILAR ORTIZ**

Sworn to before me this
8th day of May 2008

_____
Notary Public

  JEFFREY S. PESKE
Notary Public, State of New York
   No. 02PE6104075
Qualified in Westchester County
Commission Expires Jan. 12, 20__

## AFFIDAVIT OF SERVICE BY ECF

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER      )ss.:

      **PILAR ORTIZ**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York  That on the 8th day of May 2008, deponent served the within **NOTICE OF VOLUNTARY DISMISSAL** via Electronic Case Filing.

                                                    **PILAR ORTIZ**

Sworn to before me this
8th day of May 2008

_____
Notary Public

JEFFREY S. PESKE
Notary Public, State of New York
No. 02PE6104075
Qualified in Westchester County
Commission Expires Jan. 12, 20__