UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STOREY CONSTRUCTION INC.,

      Plaintiff,       08 Civ. 00976 (GBD)

 -against-        **NOTICE OF VOLUNTARY**
              **DISMISSAL**

M&I MARBLE WORKS LTD., d/b/a
MARBLE SOLUTIONS,

      Defendant.
------------------------------------------------------X

    PLEASE TAKE NOTICE, that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure.

Dated: Westchester, New York
    May 12, 2008

                 Respectfully Submitted,

                 McDonough Marcus Cohn Tretter
                 Heller & Kanca, LLP

                 By: _____
                    Diane K. Kanca (DK7196)

                 Attorneys for Plaintiff
                 Storey Construction Co. Inc.
                 145 Huguenot Street
                 New Rochelle, New York 10801
                 (914) 632-4700
                 Fax (914) 632-3329
                 DianeKanca@aol.com

To:
Michael J. Siris
Solomon & Siris, PC
50 Charles Lindbergh Blvd.
Suite 505A
Uniondale, NY 11553
(515) 228-9350
Fax (515) 228-4305

**SO ORDERED**

Date: May___, 2008
MAY 1 3 2008

_____
Hon. George B. Daniels

**HON. GEORGE B. DANIELS**

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS AND U.S. MAIL

STATE OF NEW YORK        )
COUNTY OF WESTCHESTER    )ss.:

      **PILAR ORTIZ**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York  That on the 12th day of May 2008, deponent served the within **NOTICE OF VOLUNTARY DISMISSAL** via First Class Mail and Federal Express upon:

> Michael J. Siris
> Solomon & Siris, PC
> 50 Charles Lindbergh Blvd.
> Suite 505A
> Uniondale, NY 11553
> (515) 228-9350

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository box under the exclusive care and custody of the United States Post Office Department within the State of New York as well as in a properly addressed wrapper in an official depository under the exclusive care and custody of Federal Express.

                                          **PILAR ORTIZ**

Sworn to before me this
12th day of May 2008

_____
Notary Public

EUGENE H. GOLDBERG
NOTARY PUBLIC STATE OF NEW YORK
NO. 02GO4648712
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MARCH 30, 2009